| Cause #: | 2015-00749 | | Court # | 281ST | Judgment Date: | 1/26/2015 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 63985707 |
| Due Date: | 2/6/2015 | | Attorney Bar No: | | 1109100 | |
| Assigned to FIRST Court of Appeals | | | | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | | N/A | |
| Request for Transcript Filed? | | YES | | | D | |
| Notice of Appeal previously filed? N | | | | | O | |
| Number of Days: | 10 | | | | | |
| File Ordered: IMAGED | | | | | | |
| Notes: Accelerated Appeal | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 3:33:40 PM
CHRISTOPHER A. PRINE
Clerk

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C      Appealing Final Judgment
D -    Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

CAUSE NO. 2015-00749

| | | |
|---|---|---|
| NUEVA GENERACION | § | IN THE DISTRICT COURT OF |
| MUSIC GROUP, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ISIDRO CHAVEZ ESPINOZA, | § | |
| p/k/a ESPINOZA PAZ, | § | |
|     Defendant | § | 281st JUDICIAL DISTRICT |

**PLAINTIFF NUEVA GENERACION MUSIC GROUPS, INC.'S
NOTICE OF ACCELERATED APPEAL**

Plaintiff Nueva Generación Music Group, Inc. ("Plaintiff" or "Nueva"), desires to appeal from the Order Denying the Plaintiff's Application for Temporary Injunction signed by the Court on January 26, 2015. Plaintiff appeals to either the First or the Fourteenth Court of Appeals. The appeal of this case is an accelerated appeal.

Respectfully submitted,

By: /S/Yocel Alonso
    Yocel Alonso, TBA #01109100
    130 Industrial Blvd., Suite 110
    P.O. Box 45
    Sugar Land, Texas 77487
    Tel.: 281.240.1492
    Email: yocelaw@aol.com
    **ATTORNEY FOR NUEVA GENERACION
    MUSIC GROUP, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure, this 27th day of January, 2015 on the following:

Xavier V. Chavez, Esq.
25775 Oak Ridge Drive, Suite 120
The Woodlands, Texas 77380


   /s/Yocel Alonso           
   Yocel Alonso

```
JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 28, 2015(C1)
INT6510                      CIVIL CASE INTAKE             OPT: _____ -  INT
                           GENERAL PARTY INQUIRY           PAGE:    1 -    1

CASE NUM: 201500749__ PJN> __  TRANS NUM: _____  CURRENT COURT: 281 PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: READY DOCKET
STYLE: NUEVA GENERACION MUSIC GROUP INC  VS ESPINOZA, ISIDRO CHAVEZ (P/K/A ES
===============================================================================
                        **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME               PTY    ASSOC. ATTY
   NUM    NUMBER                                          STAT
 _    00004-0001 MED 12566446 LOPEZ, JOSE R. II
 _    00003-0001 DEF          (P/K/A PAZ, ESPINOZA)
 _    00002-0001 DEF 24069495 ESPINOZA, ISIDRO CHAVEZ (P/K/A    CHAVEZ, XAVIE
 _    00001-0001 PLT 01109100 NUEVA GENERACION MUSIC GROUP I    ALONSO, YOCEL




==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP

JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 28, 2015(C1)
INT6510                      CIVIL CASE INTAKE             OPT: _____ -  INT
                           GENERAL PARTY INQUIRY           PAGE:    1 -    1

CASE NUM: 201500749__ PJN> __  TRANS NUM: _____  CURRENT COURT: 281 PUB? _
CASE TYPE: BREACH OF CONTRACT              CASE STATUS: READY DOCKET
STYLE: NUEVA GENERACION MUSIC GROUP INC  VS ESPINOZA, ISIDRO CHAVEZ (P/K/A ES
===============================================================================
                        **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME               PTY    ASSOC. ATTY
   NUM    NUMBER                                          STAT




==> (0) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```